JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| APPLIANCE RECYCLING CENTERS OF AMERICA, INC., etc., et al., | ) ) ) | SA CV 04-1371 AHS (VBKx) |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGMENT |
| JACO ENVIRONMENTAL, INC., etc. et al., | ) ) ) | |
| Defendants. | ) ) | |

Defendants' Motion for Summary Judgment having come on regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matter having been duly heard and considered and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiffs shall take nothing from defendants, that judgment for defendants is granted, and that defendants shall recover their costs of suit.

DATED:   January 6, 2009.

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
U.S. DISTRICT JUDGE